USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW T. MURPHY,

      Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT et al.,

      Defendants.

23-CV-11235 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

  Defendants filed a motion to dismiss on June 14, 2024. In response, and in accordance with the Court's Individual Rules & Practices, Plaintiff chose to file an amended complaint on July 5, 2024. In accordance with Rule II(B)(6) of the Court's Individual Rules & Practices, by **July 19, 2024**, Defendants must either (1) answer; (2) file a new or supplemental motion to dismiss; or (3) submit a letter on ECF stating that they rely on the previously filed motion to dismiss.

  If Defendants choose to file a new motion to dismiss, they must withdraw their previous motion. If Defendants choose to supplement their previous motion to dismiss, they may do so in a filing not to exceed five pages.

Dated: July 11, 2024
   New York, New York

                SO ORDERED.

                MARGARET M. GARNETT
                United States District Judge